■ LARRY ZIECKER, Respondent, v TOWN OF ORCHARD PARK, Appellant, et al., Defendants. (Appeal No. 2.)—Appeal dismissed as academic without costs. All concur, except Pine and Davis, JJ., who dissent and vote to affirm in the same dissenting memorandum as in Ziecker v Town of Orchard Park ([appeal No. 1] 147 AD2d 974 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Fallon, J.—set aside verdict.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.